Nos. 379 and 380. PAN-AMERICAN LIFE INSURANCE Co. *v.* LORIDO. On petitions for writs of certiorari to the Supreme Court of Florida and the District Court of Appeal of Florida, Third District. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 481. VIKING THEATRE CORP. *v.* PARAMOUNT FILM DISTRIBUTING CORP. ET AL. Certiorari, 375 U. S. 939, to the United States Court of Appeals for the Third Circuit. The motion of Theatre Owners of America, Inc., et al. for leave to file a brief, as *amici curiae,* is granted. *Herman M. Levy* on the motion.

No. 1138, Misc. CREAGH *v.* MAXWELL, WARDEN, ET AL.; and
No. 1171, Misc. SCARBECK *v.* ANDERSON, JAIL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1168, Misc. MEACHNOR *v.* EYMAN, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 912, Misc. SPRINGFIELD *v.* SURGEON GENERAL OF THE UNITED STATES. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent.

No. 1013, Misc. SHARP *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied.